Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:09-cr-00029-RRB |
|---|---|
| Plaintiff, | **AFFIDAVIT OF COUNSEL** |
| vs. | |
| BEVERLY MASEK, | |
| Defendant. | |
| STATE OF ALASKA THIRD JUDICIAL DISTRICT | ss: |

Rich Curtner, being first duly sworn upon oath, deposes and states:

1. I represent Beverly Masek in the above-captioned case.

2. Sentencing in Ms. Masek's case is now scheduled for September 16, 2009.

3. Counsel for Ms. Masek plans to present three witnesses on behalf of Ms. Masek at the sentencing hearing. A critical witness is Dr. Ted Mala, Director of Tribal Relations at the Alaska Medical Center in Anchorage.

4. Counsel for Ms. Masek expects that Dr. Mala will recommend at sentencing that Ms. Masek be considered as a candidate for the "Circle of Recovery" program of the Southcentral Foundation.

5. The Circle of Recovery program assists Alaska Native and American Indian people who are low income and underinsured. The program works with providers in the Anchorage, Wasilla and Palmer areas.

Circle of Recovery can assist customers in obtaining services, including: assessment (mental health and/or substance abuse), intensive outpatient, residential treatment, educational services, employment services/job training, transportation, and spiritual/faith based support.

6. Dr. Mala has personally known Ms. Masek for many years and can describe the program to the court and why Ms. Masek is a good candidate for this program.

7. Counsel for Ms. Masek has discussed a possible new sentencing date with counsel for the government. Counsel for both parties would be available for sentencing the week of October 26, 2009.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:        907-646-3480
E-Mail:    rich_curtner@fd.org

*United States v. Beverly Masek*
Case No. 3:09-cr-00029-RRB                                                                                    Page 2



SUBSCRIBED AND SWORN to before me this 3rd day of September 2009.

Notary Public in and for Alaska
My Commission Expires: 12/20/2012

Certification:
I certify that on September 3, 2009,
a copy of the *Affidavit of Counsel*
was served electronically on:

M. Kendall Day
Marc Levin
Trial Attorneys
U.S. Department of Justice
Criminal Division, Public Integrity Section
1400 New York Ave, NW, Suite 12100
Washington, DC 20005-2107
E-Mail: m.kendall.day@usdoj.gov
E-Mail marc.levin@usdoj.gov

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

/s/Rich Curtner